IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. CR 08 05 S |
| | : | In violation 18 U.S.C. §§ 1344 and 656 |
| | : | |
| MICHAEL KARPOWICH | : | |

**INFORMATION**

The United States Attorney charges:

**Count 1**

**Introduction**

At all times relevant to this Information:

1. The defendant, MICHAEL KARPOWICH, was a resident of Rhode Island.

2. Bank of America was a financial institution with its principal place of business in Rhode Island in Providence, Rhode Island, the deposits of which were federally insured.

3. The defendant, MICHAEL KARPOWICH, was employed by the Bank of America as the Banking Center Manager at its North Kingstown Rhode Island Banking Center, located at 6725 Post Road, North Kingstown, R.I.

**Scheme and Artifice to Defraud**

4. In or about April, 2007, in the District of Rhode Island and elsewhere, the defendant, MICHAEL KARPOWICH, devised a scheme and artifice to defraud the Bank of America, and to obtain monies and funds in the total amount of approximately $50,000, owned by and under the custody and control of Bank of America, by means of false and

fraudulent pretenses, representations, and promises.

**Object of the Scheme and Artifice**

5. It was the object of the scheme and artifice to obtain approximately $50,000 from the Bank of America by obtaining, without authorization, a line of credit at the Bank of America in the name of another person.

**Manner and Means**

6. On April 17, 2007, the defendant, MICHAEL KARPOWICH, established a bank account at the Bank of America in the name of Plamen Tzviatkov (the "Tzviatkov account"). KARPOWICH used Tzviatkov's social security number when establishing this account. Tzviatkov did not know about or consent to the establishing of this account.

7. On April 17, 2007, the defendant, MICHAEL KARPOWICH, applied on line through the Bank of America for a $50,000 line of credit in the name of Plamen Tzviatkov. When applying for this line of credit, KARPOWICH used Tzviatkov's social security number. Tzviatkov did not know about or consent to the establishing of this line of credit.

8. Based on the line of credit that the defendant, MICHAEL KARPOWICH, established in the name of Plamen Tzviatkov, on April 17, 2007, $18,000 was credited to the "Tzviatkov account." On April 24, 2007, the KARPOWICH caused $18,000 to be transferred from the Tzviatkov account to a personal checking account which KARPOWICH maintained in his own name at the Bank of America.

9. On April 17, 2007, the defendant, MICHAEL KARPOWICH, caused the remaining $32,000 of the line of credit to be used to obtain a cashier's check payable to Dr.

David Cichy, as payment for the purchase of a business by KARPOWICH from Dr. Cichy.

**Execution of the Scheme**

10. In or about April, 2007, in the District of Rhode Island, the defendant, MICHAEL KARPOWICH, did knowingly and intentionally execute and attempt to execute the aforesaid scheme and artifice to defraud and to fraudulently obtain monies and funds owned and under the custody and control of the Bank of America, by obtaining a $50,000 line of credit, without authorization, in the name of another person, and then accessing and using these funds for his own personal benefit.

All in violation of Title 18, United States Code, Section 1344.

**Count 2**

In or about April, 2007, in the District of Rhode Island and elsewhere, the defendant, MICHAEL KARPOWICH, being an employee of the Bank of America, a federally insured financial institution, with intent to defraud the Bank of America, willfully embezzled, abstracted, and purloined the sum of approximately $8,599.48 of the moneys of the Bank of America, in that the defendant, unlawfully and without authorization, removed and took for his

own personal benefit $8,599.48 from the cash box that was assigned to him at the Bank of America, in violation of Title 18, United States Code, Section 656.

ROBERT CLARK CORRENTE
United States Attorney

By: ANDREW J. REICH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 1-23-08