O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
MICHAEL KARPOWICH

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 05 S

I, MICHAEL KARPOWICH, the above named defendant, who is accused of bank fraud and bank embezzlement.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1-31-08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Michael Karpowich
Defendant

Kevin J. Fitzgerald, Esq.
Counsel for Defendant

Before David L Martin
Judicial Officer USMJ