# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MICHAEL KARPOWICH

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 08-05S

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room / Date and Time |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Room<br>Courtroom A |
| Before: ______ | Date and Time<br>Thursday, January 31, 2008 at 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1344 and 656

Brief description of offense:

Bank Fraud

Bank Embezzlement

[signature]
Signature of Issuing Officer

January 24, 2008
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: MICHAEL KARPOWICH Date 1-31-08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: FED COURT 2 EXCHANGE TER PROVIDENCE RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 1-31-08
Date

USM STALLWOOD
Name of United States Marshal

[signature] DUSM
(by) Deputy United States Marshal

Remarks:

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.