UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

---

# MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS TO PRESENTENCE REPORT

Now comes Michael Karpowich, the Defendant in the above captioned matter, and moves this Honorable Court to extend the deadline for filing objections to the presentence report one week from April 25, 2008, until May 2, 2008. Mr. Karpowich submits the attached memorandum in support of this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Andrew Reich, Assistant United States Attorney, and Dennis Jenkins, United States Probation Officer, on April 18, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR FILING OBJECTIONS

Mr. Karpowich has moved this Honorable Court to extend the time for filing objections to the presentence report until May 2, 2008. The defense seeks this extension due to scheduling conflicts and defense counsel's court excusal for the week of April 21. An appointment to review the PSR and discuss possible objections is set for April 28, 2008. Counsel does not anticipate that this extension will not interfere with the sentencing hearing now scheduled for May 16, 2008.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this memorandum was delivered by electronic notification to Andrew Reich, Assistant United States Attorney, and Dennis Jenkins, United States Probation Officer, on April 18, 2008.

/s/ Kevin J. Fitzgerald