IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CR. NO. 08-0005S |
| v. | : |
| MICHAEL KARPOWICH | : |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**

The United States of America, by and through its undersigned attorneys, hereby files this Opposition to the Defendant's Motion For Downward Departure. For the reasons set forth below, the Defendant's motion should be denied.

BACKGROUND

On February 11, 2008, the defendant pled guilty to a two-count Information charging Bank Fraud, in violation of 18 U.S.C. §1344, and Bank Embezzlement, in violation of 18 U.S.C. §656. Although occurring during the same time period, the offenses involved two completely separate criminal acts. In one instance, the defendant accessed the social security number of a customer of the Bank of America (where the defendant worked as the Banking Center Manager), and used it to establish a bank account in the name of that customer. He then applied for a $50,000 line of credit in the name of that unsuspecting customer. The defendant then used the customer's social security number in applying for the line of credit. The defendant subsequently transferred $18,000 from the line of credit into the account he established in the customer's name, and then five days later transferred this money into his own personal checking account at the bank. The defendant used the remaining $32,000 balance in the line of credit in order to purchase a business.

In the second instance (Count 2), the defendant stole $8500 from his cashbox at the Bank of America without authorization.

ARGUMENT

______Defendant Karpowich moves the Court for a departure on the grounds that his conduct qualifies as "aberrant behavior" under Guideline §5K2.20. Subsection (b) of that section provides as follows:

> Requirements. - The court may depart downward under this policy statement only if the defendant committed a single criminal occurrence or single criminal transaction that (1) was committed without significant planning; (2) was of limited duration; and (3) represents a marked deviation by the defendant from an otherwise law abiding life.

The defendant's conduct does not qualify as "aberrant behavior" for two reasons: first, he committed two separate criminal acts; and second, his actions relating to the bank fraud charge involved significant planning. Defendant argues that "[a]lthough there are two crimes charged here, they are of a single design for a single purpose - to purchase a business." The fact that defendant's motivation in committed both offenses was the same, that is, to steal money, does not render the offenses a single criminal occurrence. Here, the defendant committed two distinct criminal acts.

Furthermore, as set forth above and in the Prosecution Version section of the Presentence Investigation Report (para. 10), the defendant's conduct in committing bank fraud involved significant planning. The defendant obtained identification information belonging to a legitimate customer of the bank; he opened a bank account in that customer's name; he applied for a line of

credit in that customer's name; and he withdrew funds from the line of credit in a manner that minimized the likelihood that he would be caught.

Wherefore, the United States respectfully request that defendant's motion be denied.

Respectfully submitted,

United States of America

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel(401)709-5000
Fax(401)709-5001
email: andrew.reich@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify on this 6th day of May, 2008, I caused the Government's Opposition to Defendant's Motion for Downward Departure to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification

Kevin Fitzgerald, Esq.
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ ANDREW J. REICH
ANDREW J. REICH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel(401)709-5000
Fax(401)709-5001
email: andrew.reich@usdoj.gov