UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

MOTION FOR LEAVE TO TRAVEL

Now comes Michael Karpowich, the Defendant in the above captioned matter, and moves this Honorable Court to allow him to travel to and from Attleboro, MA, on May 24, 2008. Mr. Karpowich submits the attached memorandum in support of this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on May 16, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO TRAVEL

Mr. Karpowich has moved this Court to allow him to travel to and from Attleboro, MA, on May 24, 2008. Mr. Karpowich will be traveling to his wife's parent's home for the purpose of celebrating the first birthday of his toddler twins. The party has been scheduled for some time in an effort to continue the children's lives as normally as possible considering Mr. Karpowich's current confinement status. Mr. Karpowich will comply with any additional conditions deemed necessary by the Court or Probation in order to allow him to be present with his family for this celebration.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on May 16, 2008.

/s/ Kevin J. Fitzgerald