UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

---

MOTION FOR LEAVE TO TRAVEL

Now comes Michael Karpowich, the Defendant in the above captioned matter, and moves this Honorable Court to allow him to travel to and from Attleboro, MA, on June 29, 2008, to attend the mass and reception for the baptism of his cousin. Mr. Karpowich submits the attached memorandum in support of this request.

The Probation Department has no objection to this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on June 27, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 08-0005 S |
| | ) | |
| MICHAEL KARPOWICH | ) | |

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO TRAVEL

Mr. Karpowich has moved this Court to allow him to travel to and from Attleboro, MA, on June 27, 2008. Mr. Karpowich will be traveling to Holy Ghost Parish in Attleboro and the Portugese American Club across the street for the purpose of celebrating the baptism of his cousin's child. The probation department has agreed to allow Mr. Karpowich to attend the mass, but defers to the Court to grant permission for his attendance at the reception. The total time for the events will be from 11 am to 4 pm. Mr. Karpowich will comply with any additional conditions deemed necessary by the Court or Probation in order to allow him to be present with his family for this celebration.

The Probation Department has no objection to this request.

Respectfully submitted
Michael Karpowich
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Brian Pletcher, USPO on June 27, 2008.

/s/ Kevin J. Fitzgerald